UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 14-132 MRW | Date | May 14, 2014 |
|---|---|---|---|
| Title | Kendrick v. Standard Insurance Co. | | |

| Present: The Honorable | Michael R. Wilner | |
|---|---|---|
| Veronica McKamie | | n/a |
| Deputy Clerk | | Court Reporter / Recorder |
| Attorneys Present for Plaintiff: | | Attorneys Present for Defendant: |
| None present | | None present |

**Proceedings:**     (IN CHAMBERS)   ORDER TO SHOW CAUSE RE: DISMISSAL OF CIVIL ACTION

     Plaintiff filed this civil action on January 7, 2014.  Pursuant to Federal Rule of Civil Procedure 4(m), Plaintiff was required to serve the named defendant(s) with the summons and complaint within 120 days of commencement of the action, or by May 7, 2014.  According to the Court's review of the docket, no proof of service has been filed in the action since then, and no defendant has appeared in the action to date.  Plaintiff has not requested an extension of the statutory time period.

     The action is subject to dismissal for failure to prosecute.  However, in the interests of justice and in accordance with Rule 4(m), the Court gives Plaintiff notice that it intends to dismiss the action unless Plaintiff promptly effects service.  Additionally, Plaintiff must show cause why this action should not be dismissed for failure to prosecute.  Plaintiff may discharge this order by filing a statement (not to exceed 3 pages) plus proof of service of process by or before June 3, 2014  If no timely submission is filed, the matter will be dismissed pursuant to Rule 41.